# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

# CHAPTER 13 PLAN COVER SHEET

Filing Date:  September 1, 2017             Docket #:   17-13306-FJB

Debtor:     Jeffrey A. Ploss                Co-Debtor:

SS#:        XXX-XX-3574                     SS#:

Address:    144 High Street                 Address:

            Danvers, MA 01923


Debtor's Counsel:   Jeffrey A. Kitaeff, Esq.

Address:            Kitaeff & Associates, P.C.

                    65A Flagship Drive

                    North Andover, MA  01845


Telephone #:  (978) 687-1818        Facsimile #:  (978) 258-1967

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE.  THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS.  THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. §341.  THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

## CHAPTER 13 PLAN

Docket No: 17-13306-FJB

DEBTOR(s): Jeffrey A. Ploss                                SS#: XXX-XX-3574

**I.    PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of $3,540.00 for the term of:

|   |   |   |
|---|---|---|
| _____ | 36 Months. | 11 U.S.C. § 1325(b)(4)(A)(i); |
| _____ | 60 Months. | 11 U.S.C. § 1325(b)(4)(A)(ii); |
| __X__ | 60 Months. | 11 U.S.C. § 1322(d)(2). Debtor avers the following cause: The debtor's disposable income in Schedule J is not sufficient to pay the secured and priority claims over 36 months |

**II.    SECURED CLAIMS:**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim | Amount |
|---|---|---|
| Seterus | Estimated arrears on 1st mortgage | $150,000.00 |
| TD Bank | Estimated arrears on 2nd mortgage | $4,500.00 |
| Total Amount of Claims to be Paid through the Plan: | | $154,500.00 |

B. Claims to be paid directly by debtor(s) to creditors (not through Plan):

| Creditor | Description of Claim |
|---|---|
| Seterus | Monthly mortgage payments |
| TD Bank | Monthly mortgage payments |

C. Modification of Secured Claims: NONE

D. Leases: NONE

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations: NONE

B. Other:

| Creditor | Description of Claim | Amount |
|---|---|---|
| Internal Revenue Service | Income taxes (estimated) | $25,184.00 |
| Mass. Dept. of Revenue | Income taxes (estimated) | $5,209.45 |
| Total Amount of Claims to be Paid through the Plan: | | $30,393.45 |

### IV. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the plan): NONE

B. Miscellaneous Fees: NONE

C. The Chapter 13 Trustee's fee is determined by Order of the U.S. Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of 15.04% of their claims.

A. General unsecured claims: $31,196.59

B. Undersecured claims arising after lien avoidance/cramdown: $10,460.91

C. Non-Dischargeable Unsecured Claims: $0.00

D. Multiply total by percentage: $6,266.55

E. Separately classified unsecured claims (co-borrower, etc.): $0.00

### VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan: NONE

B. Miscellaneous Provisions: NONE

**VII.   CALCULATION OF PLAN PAYMENT:**

a)  Secured claims (Section I-A Total): $154,500.00

b)  Priority claims (Section II-A & B Total): $30,393.45

c)  Administrative claims (Section III-A&B Total): $0.00

d)  Regular unsecured claims (Section IV-D Total):+ $6,266.55

e)  Separately classified unsecured claims: $0.00

f)  Total of a + b + c + d + e above:   =   $191,160.00

g)  Divide (f) by .90 for total including Trustee's fee:

Cost of Plan =   $212,400.00

h) Divide (g), Cost of Plan, by Term of Plan, ___60___ months

i)  Round up to nearest dollar for Monthly Plan Payment:   $3,540.00

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed.

Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

**VIII.   LIQUIDATION ANALYSIS**

A.   Real Estate:

| Address | Fair Market Value | Total of Recorded Liens |
|---|---|---|
| 144 High Street Street Danvers, MA 01923 | $509,000.00 | $244,000.00 |

Total Net Equity for Real Property:   $265,000.00

Less Total Exemptions (Schedule C):   $500,000.00

Available Chapter 7:   $0.00

B.   Automobile (Describe year, make, model):

Description: 2005 Chevy Express Van    Value: $1,950.00    Lien:    $0.00

Total Net Equity:   $1,950.00

Less Total Exemptions (Schedule C)   $1,950.00

Available Chapter 7: $0.00

C. All other Assets: (All remaining items on schedule B):

Total Net Value: $16,343.39

Less Exemptions (Schedule C): $16,343.39

Available Chapter 7: $0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $0.00

E. Additional Comments regarding Liquidation Analysis: NONE

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Jeffrey A. Kitaeff, Esq.                                           September 6, 2017
Jeffrey A. Kiteaff, Esq.                                                Date

Attorney's Address:   Kitaeff & Associates, P.C.
                     65A Flagship Drive
                     North Andover, MA 01845
                     Tel. # (978) 687-1818
                     Email Address: attorneykitaeff@aol.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACE ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Jeffrey A. Ploss                                                    September 6, 2017
Jeffrey A. Ploss, Debtor                                                Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:  
   Jeffrey A. Ploss  
          Debtor

Chapter 13  
Case No. 17-13306-FJB

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Kitaeff, Esq., certify that a copy of the **Chapter 13 Plan**, relative to the above entitled matter, has been served by electronic mail via the U.S. Bankruptcy Court's CM/ECF system to the Office of the U.S. Trustee, the Office of the Chapter 13 Trustee, and those parties who have requested electronic notification;

and that I have served the same by first class mail, pre-paid postage, to all of the parties on the attached list.

Signed under pains and penalties of perjury,

Dated: September 14, 2017       /s/ Jeffrey A. Kitaeff, Esq._____
                                         Jeffrey A. Kitaeff, Esq., BBO# 274300
                                         KITAEFF & ASSOCIATES, P.C.
                                         65A Flagship Drive
                                         North Andover, MA 01845
                                         Telephone: (978) 687-1818
                                         Email:  attorneykitaeff@aol.com

Capital One Bank (USA), N.A.
PO Box 30285
Salt Lake City, UT 84130

Comcast Corporation
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193

Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Janet Ploss
Blueberry Hill Rehabilitation
75 Brimbal Street
Beverly, MA 01915

Lustig, Glaser & Wilson, P.C.
P.O. Box 549287
Waltham, MA 02454

Mass. Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Midland Funding, LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108

Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Center
Norfolk, VA 23502

Seterus, Inc.
PO Box 1077
Hartford, CT 06143

Southwest Credit
4120 International Pkwy, Suite 1100
Carrollton, TX 75007

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034